UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-CR-0006 (PJS/LIB) |
| Plaintiff, | |
| v. | ORDER |
| ISAIAH FREDERICK JOHNSON, | |
| Defendant. | |

Albania Concepcion, UNITED STATES ATTORNEY'S OFFICE, for plaintiff.

Craig E. Cascarano, CASCARANO LAW OFFICE, for defendant.

Defendant Isaiah Johnson is charged with possessing cocaine with intent to distribute in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B). This matter is before the Court on Johnson's objection to the October 10, 2023, Report and Recommendation ("R&R") of Magistrate Judge Leo I. Brisbois. Judge Brisbois recommends denying Johnson's motion to suppress statements that he made to law enforcement on October 26, 2022.[1] The Court has conducted a de novo review, which has included reviewing the transcript of the suppression hearing and reviewing videos of Johnson's

---

[1] Judge Brisbois also recommends denying Johnson's motions to suppress evidence obtained from searches of a parcel and of Johnson's residence. Johnson does not object to these recommendations, ECF No. 54 at 1, and the Court accordingly adopts them.

interactions with law enforcement.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(3). Based on that review, the Court overrules Johnson's objection and adopts the R&R.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, the Court OVERRULES defendant's objection [ECF No. 54] and ADOPTS the R&R [ECF No. 51].  IT IS HEREBY ORDERED THAT defendant's motions to suppress [ECF Nos. 31–33] are DENIED.

Dated:  December 8, 2023                                s/Patrick J. Schiltz
                                                             Patrick J. Schiltz, Chief Judge
                                                             United States District Court